# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.

JERRY BLEDSON

Defendant(s)

Case No. 2:26-MJ-247

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2024 in the county of Lake in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

SA Andrew Chonowski, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: 9/2/2026

s/Abizer Zanzi
*Judge's signature*

City and state: Hammond, IN

Hon. Abizer Zanzi, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT:

I, Special Agent Andrew Chonowski, being first duly sworn, hereby depose and state as follows:

## BACKGROUND AND PURPOSE

1. This Affidavit is made in support of a criminal complaint and arrest warrant for Jerry BLEDSON (BLEDSON) for violations of 18 U.S.C. § 1951 (Hobbs Act Robbery).

2. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since March 2017. From July 27, 2017 to the present, I have been assigned to the VCG2 Gang Response Investigative Team (GRIT) in the FBI Indianapolis Division and have participated in bank robbery, Hobbs Act robbery, kidnapping and drug trafficking related investigations. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws.

3. The facts in this affidavit are in part, from my personal observations, training and experience, and from information obtained from other law enforcement officers and witnesses. I respectfully submit that based on the facts set forth herein, there is probable cause to believe that BLEDSON committed the following violations of federal law in the Northern District of Indiana: Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, on or about August 26, 2024.

4. I have not included each and every fact known to me concerning this investigation. I have set fort only the facts that I believe are necessary to establish probable cause that certain federal violations have occurred.

**PROBABLE CAUSE**

5. On August 26, 2024, the AT&T Store located at 1015 5th Avenue, Hammond, Indiana in the Northern District of Indiana, was robbed by two unidentified black males.

6. Investigators arrived at the store and reviewed video surveillance footage and other documents, all of which are kept in the normal and ordinary course of business of the AT&T retailer.

7. Surveillance footage showed the first unidentified male (UNSUB 1) enter the store at approximately 10:23 a.m. and walked up to a female employee (VICTIM 1), brandish a black semiautomatic firearm and lead her to the safe room. UNSUB 1 wore a black ski mask, a grey Nike hoodie with a black zipper, white plastic gloves, black pants, navy underwear with a grey waistband and white running shoes. One of the victims described UNSUB 1 as being approximately 5'10" to 6' tall, and approximately 140 to 150 pounds.

8. Shortly after, the second unidentified male (UNSUB 2) entered the store carrying a black duffle bag and was wearing a black ski mask, a camouflage hoodie, white plastic gloves, light blue sweatpants, navy Calvin Klein underwear and white running shoes. UNSUB 2 ran across the store lobby to join UNSUB 1 and VICTIM 1 in

the safe room. One of the victims described UNSUB 2 as being approximately 5’7” and approximately 250 pounds with long dreadlocks.

9. In the safe room, VICTIM 1 entered the combination into the safe’s keypad and explained it was on a 10-minute time delay and the safe wouldn’t open until the time elapsed.

10. A male employee (VICTIM 2) was led into the safe room and was ordered to the floor by UNSUB 2 where the employee’s hands were zip-tied behind his back and his legs were zip-tied together at the ankles.

11. UNSUB 2 held a cellular phone to his ear and was listening to a police scanner on the device during the robbery. Video surveillance showed UNSUB 2 unplug the store’s server, which disabled the video footage during the robbery.

12. VICTIM 1 was forced to open the store’s safe and was then zip-tied. The UNSUBs asked VICTIM 1 about GPS trackers stored in the safe. VICTIM 1 told them there were covert GPS trackers stored in the safe and explained which devices they were.

13. The UNSUBs took five cell phones and multiple deposit bags with a total of $4,601.69 in U.S. Currency from the store safe and exited the building. They fled the area in a black Chrysler 200 with cardboard covering the rear passenger window. A Hammond Police Officer responding to the incident observed the suspect vehicle stopped at the stoplight at Indianapolis Blvd and Fifth Avenue occupied by the UNSUBs wearing ski masks. The suspect vehicle fled into Illinois at a high rate of speed, pursued by the responding officer until visual was lost in the vicinity of Ewing Avenue and 90th Street.

14. When law enforcement arrived at the scene, the black zip-ties the UNSUBs used to restrain the store employees were lying on the floor of the safe room after the victims had cut themselves free. A translucent rubber/latex glove was also lying on the floor of the safe room. One of the victims stated the glove fell out of the UNSUBs' duffel bag when they pulled out an additional bag from inside it. Both victims also stated that the UNSUBs took their phones and threw them into the men's employee bathroom, which was not accessible to the public.

15. The black zip-ties, the latex glove, and swabs taken from the zip-ties, gloves, the victims' phones, and the door handle of the men's employee bathroom were collected as evidence items. These evidence items were subsequently sent to the FBI Laboratory in Quantico, VA for analysis.

16. On August 27, 2024, Investigators learned a black Chrysler was impounded by the Chicago Police Department. The vehicle was reported blocking a garage located at 8006 Southshore Avenue at 1:06 p.m. on August 26, 2024. The responding officers stated in their report that they observed the black Chrysler with no visible license plate and a broken rear passenger side window. The officers ran an inquiry of the vehicle's VIN, 1C3CCCAB6FN552429, and discovered it was reported stolen out of Hickory Creek, Illinois.

17. The distance between the robbery, the vicinity where the suspect vehicle evaded law enforcement and where the Chrysler was recovered along with the description of the vehicle led Investigators to believe it was the same vehicle used in the AT&T store robbery.

18. On August 28, 2024, Investigators processed the Chrysler at the Chicago Impound Lot. The Chrysler appeared the same in color, year, make, model, had no license plates and a piece of cardboard duct taped over the rear passenger side window that had been broken out; all details consistent with the vehicle that responding officers pursued after the robbery.

19. Investigators photographed the vehicle and collected items of potential evidentiary value. The following items were collected as evidence:

a. One plastic bag labeled DTS dated for August 07, 2024 located on the driver's side floor board that appeared to be a deposit bag for a bank.
b. Illinois registration plate DN95347 collected from the trunk of the Chrysler.
c. The cardboard used to cover the broken rear passenger side window, and cardboard pieces on the rear passenger seat.
d. A roll of black duct tape.

20. Investigators contacted VICTIM 1 from the AT&T store who confirmed the DTS plastic bag was taken from their store during the robbery.

21. On September 25, 2025, Investigators were notified by the FBI Laboratory that they received a match in the Combined DNA Index System (CODIS) from the male DNA profile obtained from the exterior of the latex glove that was collected from the floor of the safe room. The DNA match in CODIS was from convicted offender Jerry BLEDSON.

22. On January 21, 2021, BLEDSON was sentenced to 84 months imprisonment followed by two years of supervised release for a conviction under 18 USC 875(b) in the Northern District of Indiana in case 2:18 CR 149-2. BLEDSON was released from custody and began his period of supervised release on June 10, 2024. At

the time of his release, BLEDSON reported he would be living in Whiting, Indiana, which he then changed to Lafayette, Indiana. The point of contact in Whiting, Indiana (Individual 1) was a woman whom BLEDSON reported as being the mother of his child. The address listed for that woman was in Whiting, Indiana.

23. The number BLEDSON provided to his supervised release officer as his primary contact/cell phone number was (469) 318 1579.

24. At the time BLEDSON came into custody for his supervised release violation on June 27, 2025, he provided his height as 5'9" and his weight as 240 pounds. When he came into custody at that time, BLEDSON had short hair.

25. On June 29, 2024, Individual 1 contacted the Hammond Police Department and reported that BLEDSON went into her residence while she was away. BLEDSON reportedly destroyed items and stole two firearms that were in the residence. The phone number Individual 1 provided when she reported the incident was (xxx) xxx 1988.

26. On October 21, 2025, Jerry BLEDSON was interviewed at Porter County Jail, he was read his *Miranda* rights and agreed to a voluntary custodial interview that was audio and video recorded. BLEDSON stated that he briefly stayed with in Whiting, Indiana with a female in June after getting out of federal prison. After things didn't work out with the female, BLEDSON switched his probation to his mother's house in Lafayette, Indiana. BLEDSON also provided the phone number he believed he had at time as (773) 914 2102.

27. On October 15, 2025, a search warrant issued in the United States District Court for the Northern District of Indiana was executed at AT&T Mobility for the

historical cell site data for (469) 318 1579. On October 23, 2025, AT&T Mobility provided the requested information.

28. The subscriber information contained in the AT&T records listed Jerry BLEDSON as the Financial Liable Party and Billing Party for (469) 318 1579. Other information included in the subscriber information was a contact home email address of BANDMANNHUNCHO74@GMAIL.COM.

29. The AT&T records also showed that on August 26, 2025, at 1:58 p.m., a cellular device utilizing (469) 318 1579 used a tower in Whiting, Indiana which is located approximately 2 miles southeast of the AT&T store at 1015 5th Avenue, Hammond, Indiana. By 2:48 PM, cell site data for (469) 318 1579 showed the device was consistent being located near Indianapolis Boulevard and the Illinois/Indiana border and by 2:57 p.m., it was in the general area of 90th Street and South Ewing Avenue in Illinois. This is consistent with the path of travel by the suspect vehicle from Indiana to Illinois and the timing, as witnessed by law enforcement. The suspect vehicle evaded law enforcement around 10:36 a.m. near this location. The device continued to travel north and was consistent with the area of Jackson Park in Chicago, Illinois near East 67th Street and South Stoney Island Avenue shortly after 3:00 p.m. By approximately 3:23 p.m., the phone was headed back south, consistent with travel to Indiana.

30. On August 26, 2024, at 3:42 p.m., (469) 318 1579 received an incoming call and used the tower approximately 2 miles southeast of the AT&T store located at 1015 5th Avenue, Hammond, Indiana.

31. Investigators reviewed surveillance footage of vehicles traveling northbound and south bound, in and out of Illinois, on Indianapolis Boulevard during these timeframes and identified a common vehicle. The vehicle was 2023 gray KIA sedan bearing Illinois License Plate EA57236 (VIN: 5XXG14J20PG224056) that was registered Individual 1.

32. Surveillance footage showed the grey KIA bearing Illinois License Plate EA57236 traveling back and forth on Indianapolis Boulevard before and after the robbery. A Hammond Police Department patrol vehicle captured Illinois License Plate EA57236 in the parking lot of the AT&T Store at 10:48 a.m., immediately following the robbery.

33. On October 31, 2025, a search warrant issued in the United States District Court for the Northern District of Indiana was executed at Google LLC for the account information associated with Google account BANDMANNHUNCHO74@GMAIL.COM. On November 7, 2025, Google LLC provided the requested information.

34. Subscriber information for Google account BANDMANNHUNCHO74@GMAIL.COM listed the subscriber's name as Bandmann Huncho with a date of birth as August 11, 1995. A secondary phone number and recovery SMS was listed as (945) 300 3308.

35. A search of a public source database showed telephone number (945) 300 3308 was associated with Jerry BLEDSON.

36. A review of the information contained in the Google account revealed a Certificate of Organization in the State of Georgia for Blood Money Empire LLC dated August 16, 2022; as well as a screenshot of the Internal Revenue Service (IRS) website that assigned an Employer Identification Number (EIN) 88-3788424 to Blood Money Empire. Also contained in the account was the image of a notice from the IRS dated August 18, 2022 that associated EIN 88-3788424 to Blood Money Empire and listed Jerry BLEDSON as the sole member.

37. Another screenshot showed a Google login page populated with Google account bloodmoneyempirellc@gmail.com and prompting to enter a password.

38. Further review of the Google information showed a screenshot of an account profile under the name Jerry Bledson with what appeared to have a username of $longmoneyhuncho1234. Based on their training and experience, Investigators associated usernames that began with a money sign, "$", as a CashTag synonymous with CashApp accounts. Investigators searched CashApp for $longmoneyhuncho1234 which yielded no results. Investigators then searched CashApp for an account associated with Blood Money Empire and found an account named $bloodMoneyempire74 associated with Jerry Bledson, which was opened in December 2022.

39. On October 31, 2025, a search warrant issued in the United States District Court for the Northern District of Indiana was executed at T-Mobile for the historical cell site data for (xxx) xxx 1988. On October 23, 2025, T-Mobile provided the requested information.

40. The subscriber information contained in the T-Mobile records listed Individual 1 under subscriber and account information. Other information included in the subscriber information was an alternate contact number of (xxx) xxx 5461.

41. On August 26, 2024 at 10:14 a.m., (xxx) xxx 1988 received an incoming call from phone number (815) 496 6164 and used the tower approximately 1.25 miles southeast of the AT&T store located at 1015 5th Avenue, Hammond, Indiana. A search of a public source database showed telephone number (815) 496 6164 was associated with Sheridan Correctional Center in Illinois.

42. On December 2, 2025, a subpoena issued in the United States District Court for the Northern District of Indiana was served to the Illinois Department of Corrections (IDOC) Intelligence Center for electronic communication between inmates in IDOC custody and phone number (xxx) xxx 1988. On December 10, 2025, the IDOC Intelligence enter T-Mobile provided the requested information.

43. A phone call was made from IDOC inmate Stephan TOVAR to Individual 1's phone number (xxx) xxx 1988 at 10:15 a.m. on August 26, 2024. An unidentified female answered the phone call and stated that she wasn't at work and that she arrived home halfway through the phone call before the call terminated at 10:31 a.m.

44. From their experience and familiarity with the area, Investigators believe Individual 1 could have left her residence in Whiting, Indiana after the phone call ended at 10:31 a.m. and arrived at the AT&T Store by 10:48 a.m. where her vehicle was captured on surveillance.

45. The T-Mobile records also showed that on August 26, 2024, at 10:45 a.m., a cellular device utilizing (xxx) xxx 1988 used a tower in Whiting, Indiana which is located approximately a half mile southwest of the AT&T store at 1015 5th Avenue, Hammond, Indiana. By 10:55 a.m., cell site data for (xxx) xxx 1988 showed the device was consistent with being located near Indianapolis Boulevard and the Illinois/Indiana border. The device continued to travel west and its location was consistent with the area of Evergreen Park in Chicago, Illinois near West 90th Street and South Beverly Avenue Island Avenue shortly after 11:26 a.m. By 12:36 p.m., it was in the general area of 90th Street and South Ewing Avenue in Illinois. This was near the location where the suspect vehicle evaded law enforcement around 10:36 a.m. as it fled from Indiana to Illinois. The T-Mobile records showed this activity was made from an incoming call from (773) 914 2102. (773) 914 2102 was the phone number BLEDSON provided to Investigators as a phone number he used around the time of the robbery during his interview at Porter County Jail. By approximately 12:49 p.m., the phone used a tower in Whiting, Indiana that was consistent with travel that it returned to Indiana.

46. Later on August 26, 2025, cell site data for (xxx) xxx 1988 showed the device was in the general area of 90th Street and South Ewing Avenue in Illinois at 2:55 p.m.. The T-Mobile records showed this activity was made from an outing call to (773) 914 2102. Cell site data for BLEDSON's (469) 318 1579 number showed his device was in the same general area at 2:57 p.m. Then both devices continued to travel north and used towers in the area near East 65th Street and South Stoney Island Avenue shortly after 3:00 p.m. By 4:17 p.m., both devices used a tower located near Indianapolis

Boulevard and the Illinois/Indiana border, which was consistent with the phones traveling together and returning to Indiana.

47. On June 1, 2026, a search warrant issued in the United States District Court for the Northern District of Indiana was executed at AT&T Mobility for the historical cell site data for (773) 914 2102. On June 8, 2026, AT&T Mobility provided the requested information.

48. The AT&T records showed that on the morning of August 26, 2025, a cellular device utilizing (773) 914 2102 used the same cellular tower in Whiting, Indiana approximately 2 miles southeast of the AT&T store as a device utilizing (469) 318 1579. At 11:52 a.m., cell site data for (773) 914 2102 showed the device located in the general area of where the suspect vehicle was abandoned at 8006 South Shore Drive. Device (469) 318 1579 used the same tower at 2:56 p.m. After the robbery, and throughout August 26th, cellular devices utilizing (773) 914 2102 and (469) 318 1579 continued to use many of the same cellular towers near the same times, which is consistent with both phone traveling together.

49. This complaint is being considered electronically via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the judge.

## CONCLUSION

50. Based on the foregoing, I respectfully submit that there is probable cause to believe that Jerry BLEDSON has violated 18 U.S.C. § 1951 (Hobbs Act Robbery) on or about August 26, 2024 in the Northern District of Indiana. I therefore respectfully request that this court issued a criminal complaint and a warrant to arrest BLEDSON.

.

FURTHER AFFIANT SAYETH NOT.

________________________________
Andrew Chonowski
Special Agent
Federal Bureau of Investigation

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 2nd day of September, 2026.

s/Abizer Zanzi
________________________________
HONORABLE ABIZER ZANZI
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA